# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Ronnie W Perry Sr., et al.

                                        Plaintiff,

v.                                                      Case No.: 1:16−cv−11441
                                                      Honorable Matthew F. Kennelly

Eli Lilly & Company, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 26, 2017:

       MINUTE entry before the Honorable Matthew F. Kennelly: Pursuant to the stipulation of dismissal of entire action [9], this case is dismissed with prejudice. MDL member case terminated. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.